Mark A. Muro, Esq. (SBN: 136305)
Ross E. Lampe, Esq. (SBN: 172336)
MURO & LAMPE, INC.
2277 Fair Oaks Blvd., Suite 155
Sacramento, CA  95825

Telephone: (916) 925-9500
Facsimile: (916) 925-9550

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SCHWARTZMEYER, ELLEN SCHWARTZMEYER, and BACK TO HEALTH CHIROPRACTIC,<br><br>           Plaintiff,<br>    vs.<br><br>HOME DEPOT U.S.A., Inc., a Delaware Corporation,<br><br>           Defendant. | Case No.: 2:05-cv-02445-FCD-GGH<br><br>ORDER RE SUBSTITUTION OF ATTORNEY FOR DEFENDANT HOME DEPOT U.S.A., INC. |

Defendant, HOME DEPOT U.S.A., INC., hereby substitutes MARK A. MURO and the law firm of Muro & Lampe, 2277 Fair Oaks Blvd., Suite 155, Sacramento, CA  95825, as their attorney of record in the above entitled matter in the place and instead of SAMUEL GRADER and the Law Firm of  Samuel G. Grader.

I hereby withdraw and consent to this substitution:

Dated: May ____, 2006                           THE LAW OFFICE OF SAMUEL G. GRADER


                                                                        _____
                                                                        Samuel G. Grader, Esq.
                                                                        Attorney for HOME DEPOT U.S.A., INC.

I herby consent to this substitution:

Dated: May ____, 2006                HOME DEPOT U.S.A., INC.

_____
Karen Polyakov, Corporate Counsel

I hereby accept this substitution:

Dated: May ____, 2006                MURO & LAMPE

_____
Mark A. Muro, Esq.

## O R D E R

    IT IS HEREBY ORDERED that the MARK A , MURO and the law firm of MURO & LAMPE be deemed substituted into this matter as counsel of record for Defendant, HOME DEPOT U.S.A., INC., instead of and in place of SAMUEL G. GRADER and the law firm of Samuel G. Grader.

IT IS SO ORDERED:

Dated: May 31, 2006                /s/ Frank C. Damrell Jr.
                                            Hon. Frank C. Damrell, Jr.
                                            U.S. District Judge