UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MARK SCHWARTZMEYER, ELLEN SCHWARTZMEYER, and BACK TO HEALTH CHIROPRACTIC,

    Plaintiffs,

  v.

HOME DEPOT U.S.A., INC., a Delaware Corporation,

    Defendant.
_____/
AND RELATED CROSS-ACTIONS.

NO. CIV. S-05-2445 FCD GGH

MEMORANDUM AND ORDER

----oo0oo----

This matter is before the court on defendant's motion for leave to file an amended answer and cross-claim.[1] Specifically, defendant seeks to amend its answer to clarify the pleading and delete five affirmative defenses, and to amend its cross-claim to add third-party R&O Construction as a defendant and to assert a claim against cross-defendant Yubacon, Inc. for express

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. See E.D. Cal. Local Rule 78-230(h).

1

indemnity.  Plaintiffs and cross-defendant Yubacon, Inc. do not oppose the motion.  (Non-Opp'ns, filed July 20, 2006.)

As such, the court GRANTS defendant's motion.[2]  Defendant shall file and serve its amended answer and first amended cross-claim, attached to the motion, within 20 days of the date of this order.

IT IS SO ORDERED.

DATED: July 24, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE

---

[2] Because a scheduling order is in place in this case, defendant inappropriately moved for relief under Fed. R. Civ. P. 15; nonetheless, the court construes the motion under Fed. R. Civ. P. 16(b) and grants it as defendant has demonstrated the requisite "good cause," and there is no opposition to the motion.