1 STEPHAN C. VOLKER (CSB #63093)
JOSHUA A.H. HARRIS (CSB #226898)
2 MARNIE E. RIDDLE (CSB #233732)
LAW OFFICES OF STEPHAN C. VOLKER
3 436 14th Street, Suite 1300
4 Oakland, California 94612
Tel: (510) 496-0600
5 Fax: (510) 496-1366

6 Attorneys for Plaintiffs
7 MARK SCHWARTZMEYER,
ELLEN SCHWARTZMEYER, and
8 BACK TO HEALTH CHIROPRACTIC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARK SCHWARTZMEYER, ELLEN SCHWARTZMEYER, and BACK TO HEALTH CHIROPRACTIC, <br><br> Plaintiffs, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC., a Delaware Corporation, <br><br> Defendant. | Cv. No. 2:05-cv-02445-FCD GGH <br><br> **STIPULATION AND ORDER OF DISMISSAL OF ACTION AND CROSS-CLAIM WITH PREJUDICE** <br><br> **[FRCP 41(a)(1) & (c)]** |
|---|---|
| HOME DEPOT U.S.A., INC., a Delaware Corporation, <br><br> Cross-Claimant, <br><br> v. <br><br> YUBACON, Inc., and R&O Construction dba Rocon Construction and ROES 1 through 20, <br><br> Cross-Defendants. | |

-1-
STIPULATION AND ORDER OF DISMISSAL OF ACTION AND CROSS-CLAIM WITH PREJUDICE

1  IT IS HEREBY STIPULATED, by and between the parties to this action, pursuant to
2 their Confidential Settlement Agreement and Mutual Release, through their attorneys of record,
3 that the entire action herein, including the Complaint filed by plaintiffs against defendant and
4 cross-complainant Home Depot U.S.A., Inc. ("Home Depot") and the First Amended Cross-
5 claim filed by Home Depot against cross-defendants Yubacon, Inc. and R&O Construction dba
6 Rocon Construction, be dismissed with prejudice pursuant to FRCP 41(a)(1) and (c), each party
7 to bear its own attorney's fees and costs.

8  Dated: January 8, 2007                LAW OFFICES OF STEPHAN C. VOLKER

10                                      (SGD) STEPHAN C. VOLKER
                                        Attorney for Plaintiffs
11                                      MARK SCHWARTZMEYER, ELLEN
                                        SCHWARTZMEYER, and
12                                      BACK TO HEALTH CHIROPRACTIC

14 Dated: January 31, 2007               MURO & LAMPE

16                                      (SGD) MARK MURO
                                        Attorney for Defendant and Cross-claimant
17                                      HOME DEPOT USA, INC.

19 Dated: February 7, 2007               ELIE & ASSOCIATES

21                                      (SGD) CATHARINE A. CHING
                                        Attorney for Cross-Defendants
22                                      YUBACON, INC. and R&O CONSTRUCTION
                                        (dba ROCON CONSTRUCTION)

## **ORDER**

25  Pursuant to stipulation of the parties, and FRCP 41(a)(1) and (c), IT IS HEREBY
26 ORDERED that the entire action herein, including the Complaint filed by plaintiffs against
27 defendant and cross-complainant Home Depot U.S.A., Inc. ("Home Depot") and the First

STIPULATION AND ORDER OF DISMISSAL OF ACTION AND CROSS-CLAIM WITH PREJUDICE

1  Amended Cross-claim filed by Home Depot against cross-defendants Yubacon, Inc. and R&O
2  Construction dba Rocon Construction, be, and hereby is, DISMISSED WITH PREJUDICE, each
3  party to bear its own attorney's fees and costs.  The Clerk is instructed to close this file.

5  DATED: April 3, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE